1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JEFFREY SMITH, | Case No. 1:20-cv-01363-SAB-HC |
| 12           Petitioner, | ORDER REGARDING TELEPHONE COMMUNICATION, GRANTING |
| 13      v. | EXTENSION OF TIME, AND DIRECTING CLERK OF COURT TO SEND |
| 14  A. CIOLLI, | PETITIONER DOCKET SHEET |
| 15           Respondent. | |

16

17    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2241.

19    On December 17, 2020, the Court received a voice message from Petitioner's family

20 member seeking a status update on the instant proceeding. Based on the message, it appears that

21 Petitioner has not received Respondent's response to the petition.

22    Petitioner is advised that the Court will not accept phone calls from litigants seeking

23 relief. If Petitioner wishes to obtain relief in this action, he is required to file a written pleading

24 setting forth the basis of his request and the relief requested.

25    The Court notes that Respondent filed a motion to dismiss on December 1, 2020. (ECF

26 No. 7). The Court will grant Petitioner an extension of time to file an opposition or statement of

27 non-opposition to Respondent's motion to dismiss based on the representation to the Court that

28 Petitioner has yet to receive Respondent's response to the petition. However, any further requests

1  for relief must be filed with the Court. The Court will not respond to any further telephone calls

2  from Petitioner and/or his family members seeking status updates in this action.

3       Accordingly, IT IS HEREBY ORDERED that:

4    1.    Petitioner is granted **THIRTY (30) days** from the date of service of this order to

5         file an opposition or statement of non-opposition to Respondent's motion to

6         dismiss; and

7    2.    The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's

8         motion to dismiss (ECF No. 7) and a copy of the docket sheet.

9

10  IT IS SO ORDERED.

11  Dated:   **December 21, 2020**

                               UNITED STATES MAGISTRATE JUDGE